U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Aug 20 - 2025**

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | Case No.   1:25-mj- 244 (PJE) |
| **CONNER BUSKEY,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about December 23, 2024, and March 10, 2025, in the county of Saratoga in the Northern

District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt and distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) | Possession of child pornography |

This criminal complaint is based on these facts:
See affidavit

☒       Continued on the attached sheet.

/s/ Anthony Pirrone III

*Complainant's signature*

Task Force Officer Anthony Pirrone III

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   August 20, 2025

*Judge's signature*

City and State:    Albany, New York               Hon. Paul J. Evangelista, U.S. Magistrate Judge

*Printed name and title*

I**,** Anthony Pirrone III, do hereby depose and state as follows:

1.      I am a Task Force Officer with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigation, and am assigned to the Albany, New York, HSI field office.  I have been employed as a law enforcement officer with the Saratoga County Sheriff's Office since 2016 and have held the title of Investigator since 2022.  In June 2022, I was assigned to the HSI Task Force and designated a federal Task Force Officer.  I have investigated a variety of violent crimes, including in the areas of child pornography and child sexual abuse.  I have completed the Cellebrite certified operator course and have extensive experience in using Cellebrite to search phones for evidence of crimes.

2.      I make this affidavit in support of a criminal complaint and arrest warrant charging Conner Buskey with receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A); and possession child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) & (b)(2).

3.      The statements contained in this affidavit are based upon my investigation and the investigation of other law enforcement officials, and my experience and training as an HSI Task Force Officer.  As this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all the facts known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that Buskey has violated 18 U.S.C. § 2252A(a)(2)(A), (a)(5)(B) and (b)(2).

**PROBABLE CAUSE**

4.      On January 22, 2025, the National Center for Missing and Exploited Children (NCMEC) received a CyberTip from Snapchat that a video of child pornography had been sent over its network at 12:22 a.m. that morning.  The video was an 11-second clip of a naked

prepubescent girl, around 8-11 years old, displaying her genitals to the camera and touching her vagina. It was sent by a user with the screen name luciferjames[xx], with an email address of stoneysyoung[xxx]@gmail.com. The reported file name was 1:2cb633fe-0285-55b7-b382-eac630d8ebec:33:0:0~web.mp4. NCMEC provided the CyberTip to the New York Internet Crimes Against Children task force in Albany on March 12, 2025. The IP address of the sender was subsequently traced to Buskey's residence in Saratoga Springs.

5. On March 10, 2025, I arrested Buskey, who was then 19 years old, for the rape and sexual abuse of a then-12-year-old female child the previous day. The arrest was the result of a complaint made by the child at her school. Buskey waived his Miranda rights and admitted raping the child. Buskey was charged by felony complaint in Greenfield Town Court with (1) rape in the first degree, a B felony, in violation of NYPL § 130.35(1A); (2) sexual abuse in the first degree, a D felony, in violation of NYPL § 130.65(1); and (3) rape in the first degree, a B felony, violation of NYPL § 130.35(1D). I was the affiant of the complaint.

6. Buskey appeared before a judge in Greenfield Town Court on March 11, 2025. He posted bail and was released subject to a securing order and an order of protection requiring him to stay away from the child victim. Under the securing order, Buskey was required to post bail, but no other conditions of release were imposed. New York Child Protective Services has received credible information that Buskey has violated that order of protection at least once.

7. A federal search warrant was obtained to search Buskey's phone, which had been seized incident to Buskey's arrest. Buskey's phone is a Samsung Galaxy SM-S135DL manufactured outside of New York. (Buskey also granted consent for his phone to be searched.) One of the email addresses associated with the phone was stoneysyoung[xxx]@gmail.com, which was also associated with the luciferjames[xx] Snapchat account. Buskey's phone

contained multiple videos and images of child pornography, including material that involves a prepubescent minor, or a minor under the age of 12, and which he had received and distributed.

8. Three of the videos are described below:

    a. Name: PART_1735152849273_VID_20241225_090819_477_001.mp4. Path: EXTRACTION_FFS.zip/data/user_de/0/com.android.providers. telephony/app_parts/PART_1735152849273_VID_20241225_090819_47 7_001.mp4. Modified: 12/25/2024 1:54:09 PM(UTC-5). This video is 30 seconds long and one in a series of seven videos of the same length depicting the same victim. The video depicts a naked pubescent female, around 12-16 years old, on her knees in a bathroom, masturbating a naked standing male, who is taking the video. The male can be heard saying "It has to be a 5-minute video" and "He told me the things he wants me to, like, do in the video." The female appears scared and unhappy.

    b. Name: PART_1734990187356_VID_20241222_165816_959.mp4. Path: EXTRACTION_FFS.zip/data/user_de/0/com.android.providers.telephony/ app_parts/PART_1734990187356_VID_20241222_165816_959.mp4. Modified: 12/23/2024 4:43:07 PM(UTC-5). This video is 15 seconds long. The video depicts a naked female, around 9-12 years old, lying on her back. A man taking the video, who is standing or kneeling over the child, masturbates and ejaculates on the child's face.

    c. Name: PART_1734991069355_7BCEBC82-.3gp. Path: EXTRACTION_FFS.zip/data/user_de/0/com.android.providers.telephony/ app_parts/PART_1734991069355_7BCEBC82-.3gp. This video is 35 seconds long. The video depicts a naked pubescent female, around 11-15

years old, on her back being penetrated by a male, who is taking the video. The male penetrating her is choking her with his right hand, and the female is clutching at his wrist with both hands and attempting to push him away. Her face becomes redder throughout the video.

9. A federal search warrant was also obtained to search Buskey's Snapchat account with the screen name luciferjames[xx]. The search warrant return confirmed that Buskey, whose user name was Lucifer, distributed the video of child pornography described in paragraph 4 to another Snapchat user on January 22, 2025, after receiving it from another person. The Snapchat warrant return also contained an 11-second video of a prepubescent naked girl touching her genitals that is consistent with the description of the video in the CyberTip report and has the same file name.

10. The recipient, who is believed to be a minor, objected that the video was "nasty" and the girl was "a little young." The recipient asked Buskey "Did u send that?," to which Buskey replied "Uh on accident." The recipient also asked "How old was she [?]." Buskey replied "I got no clue this guy just sends me fucked up shit." This shows that Buskey received the video from another internet user, stored it, and then redistributed it, possibly inadvertently.

11. Other evidence on Buskey's phone demonstrates that Buskey received and distributed child pornography. For example, the videos described in paragraph 8(a) and 8(b) above was sent by Buskey in a chat on December 23, 2024. The video described in paragraph 8(c) above was received by Buskey on the same date in the same chat. Buskey received and distributed numerous other sexually explicit videos in this chat, including other videos that appear to involve minors. On December 25, 2024, Buskey said to the chat counterparty "pls get telegram it's so much easier than this and u can send long ass vids and u can erase the chat," "Most everyone trades on thete," "There."

4

## CONCLUSION

12. Based upon the above information, there is probable cause to believe that Buskey has violated 18 U.S.C. § 2252A(a)(2)(A) (receipt and distribution of child pornography), and (a)(5)(B) & (b)(2) (possession of child pornography). I respectfully request that a criminal complaint and arrest warrant be issued.

Anthony Pirrone III
Task Force Officer
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on August 20, 2025 in accordance with Rule 41 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge