IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:26-cr-110 (AMN) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **CONNER BUSKEY,** | ) | Violations:    18 U.S.C. § 2252A(a)(2)(A) |
| | ) | [Receipt of Child |
| **Defendant.** | ) | Pornography] |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | [Possession of Child |
| | ) | Pornography] |
| | ) | |
| | ) | 2 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:    Saratoga |

COURT - N.D. OF N.Y.
U.S. FILED
APR 23 2026
AT ____ CLERK
John M. Domurad, Clerk - Albany

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES:**

### COUNT 1
### [Receipt of Child Pornography]

On or before January 22, 2025, in Saratoga County in the Northern District of New York, the defendant, **CONNER BUSKEY**, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in that the defendant used a Galaxy A03s cellular telephone, model SM-S135DL, IMEI 350963860530356, factory number R9WX10JYV5D, 20240128, NULL to access the internet and receive child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

### COUNT 2
### [Possession of Child Pornography]

On or about March 10, 2025, in Saratoga County in the Northern District of New York, the defendant, **CONNER BUSKEY**, knowingly possessed material, that is, a Galaxy A03s cellular telephone, model SM-S135DL, IMEI 350963860530356, factory number R9WX10JYV5D,

20240128, NULL, that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting such commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B).

### Forfeiture Allegation

The allegations contained in Counts 1 and 2 of this information are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253(a)(3), upon conviction of one or more offenses in violation of 18 U.S.C. § 2252A, as alleged in Counts 1 and 2 of the Indictment, the defendant, **CONNER BUSKEY**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of the offense. The property subject to forfeiture includes, but is not limited to, the following:

a. One (1) Galaxy A03s cellular telephone, model SM-S135DL, IMEI 350963860530356, factory number R9WX10JYV5D, 20240128, NULL.

2

Dated:  April 1, 2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: _____

Nicholas Walter
Assistant United States Attorney
Bar Roll No. 706029